*In the United States Bankruptcy Court*
*Western District of Arkansas*
*Hot Springs Division*

*In Re: Charity L. Nelson*                        *Case No.: 6:11-bk-72400*
    *Debtor*                                                    *Chapter 13*

### *Modification of Chapter 13 Plan*

Comes now the debtor, Charity L. Nelson, by and through her attorney, Kathy A. Cruz, The Cruz Law Firm, P.L.C., and for her modification does state:

1.    That the debtor's plan payment shall increase from $1305.00 per month to $1315.00 per month.

2.    All other provisions of the plan shall remain unchanged.

WHEREFORE, the debtor prays this Court to allow her modification and for all other proper relief to which she may be entitled.

                                    Respectfully submitted,
                                    Charity L. Nelson, Debtor

                By:    /s/Kathy A. Cruz
                          Kathy A. Cruz
                          Attorney for Debtor
                          The Cruz Law Firm, P.L.C.
                          1325 Central Avenue
                          Hot Springs, AR 71901-6034
                          Telephone (501) 624-3600
                          Facsimile (501) 624-1150
                          kathy@cruzlaw.com,
                          Board Certified in Consumer Bankrupt Law
                          by the American Board of Certification